Received:
m:Law Offices of Sanford Kutner To:Hon. Sidney Stein (12128057924)    Apr 14 2008 08:25pm    20:26 04/14/08 GMT-04 P5:02-02
Case 1:08-cv-01013-SHS    Document 2    Filed 04/16/2008    Page 1 of 1



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08
```

## THE LAW FIRM OF
## SANFORD A. KUTNER
NEW YORK CITY, NEW YORK
OKLAHOMA CITY, OKLAHOMA

\* **MAILING ADDRESS:**
6 TARA PLACE
METAIRIE, LA 70002
*Not Licensed in Louisiana

BROOKLYN/QUEENS: 718-246-0433
WHITE PLAINS/YONKERS: 914-696-0310
TULSA/OKLAHOMA CITY: 405-241-4004
E-MAIL: CivilRightsLaw@aol.com
FAX: 866-613-6209

April 14, 2008

FAX ONLY (212) 805-7924

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Reva Lupin Kutner et al v. Michael O. Leavitt, Secretary, U.S. Department of Health and Human Services et al;* Case No.: 08-CV-1013 (SHS)

Dear Judge Stein,

On January 31, 2008, I filed the above captioned lawsuit. The purpose of this letter is to seek additional time for service.

I have had communications with two of the major medical providers. Now that we have attained a temporary discourse regarding collection efforts, I would not like to have the providers be subjected to the time and defense of a lawsuit if that can be avoided.

This lawsuit, in my opinion, was necessitated because government agencies and/or their agents arbitrarily and capriciously denied insurance coverage for what were normal and necessary medical procedures. I would like to open an informal dialogue with the U. S. Attorney's office with the intention of resolving this case without the need for further litigation.

I am, therefore, requesting this Honorable Court, an additional ninety (90) days to serve the defendants. Thank you for giving consideration to my request.

Very truly yours,

Sanford A. Kutner
Sanford A. Kutner

4/16/08
The time within which plaintiff has to serve defendants Fed.R.Civ.P.4(m) is extended until June 27, 2008. No further extensions.

SO ORDERED 4/16/08

SIDNEY H. STEIN
U.S.D.J.