STEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REVA LUPIN KUTNER and
SANFORD A. KUTNER
    *Plaintiffs*

v.    Civil Action, File Number: **08-cv-1013** (SHS)

MICHAEL O. LEAVITT, SECRETARY,
U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES;
ROBERT M. GATES, SECRETARY,
DEPARTMENT OF DEFENSE;
HUMANA MILITARY HEALTHCARE
SERVICES, INC.;
EAST RIVER MEDICAL IMAGING, PC;
QUEST DIAGNOSTICS INC.;
EAST JEFFERSON GENERAL HOSPITAL;
RADIOLOGY & INTERVENTIONAL
ASSOCIATES OF METAIRIE, INC.; and
CARDIOLOGY CONSULTANTS OF LOUISIANA
    *Defendants*

## PARTIAL NOTICE OF DISMISSAL

1. East Jefferson General Hospital is hereby dismissed without prejudice as a defendant in this matter.

2. Radiology & Interventional Associates of Metairie is hereby dismissed without prejudice as a defendant in this matter

3. Cardiology Consultants of Louisiana is hereby dismissed without prejudice as a defendant in this matter.

4.  None of the defendants listed in paragraphs 1, 2, and 3 have filed an Answer or a Motion for Summary Judgment.

Respectfully submitted,
May 8, 2008

*Sanford A. Kutner*

Sanford A. Kutner (SK6525)
Attorney for Plaintiff, Reva Lupin Kutner
And ProSe
6 Tara Place
Metairie, LA 70002
718-246-0433  FAX 866-613-6209
civilrightslaw@aol.com

## CERTIFICATION

It is hereby certified that the defendants who are being dismissed without prejudice are being notified by facsimile.

*Sanford A. Kutner*

May 8, 2008

Dated this 8th day of May, 2008

_____
UNITED STATES JUDGE