AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

REVA KUTNER ET AL

V.

MICHAEL O. LEAVITT, SEC. U.S. DEPT OF
HEALTH AND HUMAN SERVICES ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV-1013-SHS

TO: (Name and address of Defendant)

ROBERT M. GATES
SECRETARY, U.S. DEPARTMENT OF DEFENSE
PENTAGON
Washington, D.C. 20330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD KUTNER
6 TARA PLACE
METAIRIE, LA 70002

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* SANFORD KUTNER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/8/08
             Date

Signature of Server

6 Tara Place, Metairie, LA 70002
Address of Server

---

USPS - Track & Confirm                                                              Page 1 of 1

**UNITED STATES POSTAL SERVICE**                                         Home | Help | Sign In

                                                                    Track & Confirm    FAQs

**Track & Confirm**

Search Results

Label/Receipt Number: **7007 2560 0003 2771 4799**
Detailed Results:
* Delivered, June 05, 2008, 7:24 am, WASHINGTON, DC 20310
* Arrival at Unit, June 05, 2008, 2:50 am, WASHINGTON, DC 20022

Track & Confirm

Enter Label/Receipt Number.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____    District of    _____

REVA KUTNER ET AL

**SUMMONS IN A CIVIL ACTION**

V.

MICHAEL O. LEAVITT, SEC. U.S. DEPT OF
HEALTH AND HUMAN SERVICES ET AL

CASE NUMBER:    08-CV-1013-SHS

TO: (Name and address of Defendant)

~~Benton J. Campbell~~, MICHAEL GARCIA, ESQ
UNITED STATE ATTORNEY
~~271 CADMAN PLAZA EAST~~ 86 CHAMBERS ST.
~~Brooklyn, NY 11201~~ NEW YORK, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD KUTNER
6 TARA PLACE
METAIRIE, LA 70002

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                                                           DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/7/08 |
| NAME OF SERVER (PRINT) SANFORD KUTNER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/7/08
_____
Date

_____
Signature of Server

6 Tara Place Metairie, LA 70002
_____
Address of Server

USPS - Track & Confirm                                         Page 1 of 1

**UNITED STATES POSTAL SERVICE**                               Home | Help | Sign In

Track & Confirm        FAQs

## Track & Confirm

Label/Receipt Number: **7007 2560 0003 2771 4812**
Status: **Delivered**

Your item was delivered at 11:09 AM on June 3, 2008 in NEW YORK, NY 10007.

Enter Label/Receipt Number.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

REVA KUTNER ET AL

V.

MICHAEL O. LEAVITT, SEC. U.S. DEPT OF
HEALTH AND HUMAN SERVICES ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  08-CV-1013-SHS

TO: (Name and address of Defendant)

Michael Mukasey, Esq.
United State Attorney General
U.S. Department of Justice
950 Pennsylvania Ave.,    Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD KUTNER
6 TARA PLACE
METAIRIE, LA 70002

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/7/08 |
| NAME OF SERVER (PRINT) SANFORD KUTNER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Certified mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/7/08
                Date             Signature of Server

                                 6 Tara Pl, Metairie, LA 70XX
                                 Address of Server

---

USPS - Track & Confirm                                              Page 1 of 1


UNITED STATES POSTAL SERVICE                                Home | Help | Sign In

Track & Confirm         FAQs

## Track & Confirm

Search Results

Label/Receipt Number: **7007 2560 0003 2771 4782**
Detailed Results:
- **Delivered, June 04, 2008, 4:41 am, WASHINGTON, DC 20530**
- **Notice Left, June 04, 2008, 2:47 am, WASHINGTON, DC 20530**
- **Arrival at Unit, June 04, 2008, 12:50 am, WASHINGTON, DC 20022**

Track & Confirm
Enter Label/Receipt Number.

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____

REVA KUTNER ET AL

V.

MICHAEL O. LEAVITT, SEC. U.S. DEPT OF
HEALTH AND HUMAN SERVICES ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08-CV-1013-SHS

TO: (Name and address of Defendant)

    MICHAEL O. LEAVITT
    SECRETARY, U.S. DEPT OF HEALTH AND HUAMAN SERVICES
    200 Independence Avenue, S.W.
    Washington, D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    SANFORD KUTNER
    6 TARA PLACE
    METAIRIE, LA 70002

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____  _____
CLERK                                  DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/7/08 |
| NAME OF SERVER (PRINT) SANFORD KUTNER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): certified mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 7, 2008
_____
Date            Signature of Server

6 Taug Place, Metairie, LA 7008
_____
Address of Server

USPS - Track & Confirm                                       Page 1 of 1

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm                    FAQs

**Track & Confirm**

Label/Receipt Number: 7007 2560 0003 2771 4829
Detailed Results:
• Delivered, June 04, 2008, 7:34 am, WASHINGTON, DC 20201
• Arrival at Unit, June 04, 2008, 3:05 am, WASHINGTON, DC 20022

Enter Label/Receipt Number.

http: trkcnfrm1.smi.usps.com PTSInternetWeb InterLabelDetail.do