AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

REVA KUTNER ET AL

V.

MICHAEL O. LEAVITT, SEC. U.S. DEPT OF
HEALTH AND HUMAN SERVICES ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08-CV-1013-SHS

TO: (Name and address of Defendant)

ROBERT M. GATES
SECRETARY, U.S. DEPARTMENT OF DEFENSE
PENTAGON
Washington, D.C. 20330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD KUTNER
6 TARA PLACE
METAIRIE, LA 70002

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) SANFORD KUTNER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/8/08
              Date

Signature of Server

6 Tara Place, Metairie, LA 70002
Address of Server

---

USPS - Track & Confirm                                    Page 1 of 1


UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm        FAQs

**Track & Confirm**

Search Results

Label/Receipt Number: **7007 2560 0003 2771 4799**
Detailed Results:
• Delivered, June 05, 2008, 7:24 am, WASHINGTON, DC 20310
• Arrival at Unit, June 05, 2008, 2:50 am, WASHINGTON, DC 20022

Track & Confirm

Enter Label/Receipt Number.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____   District of   _____

REVA KUTNER ET AL

**SUMMONS IN A CIVIL ACTION**

V.

MICHAEL O. LEAVITT, SEC. U.S. DEPT OF
HEALTH AND HUMAN SERVICES ET AL

CASE NUMBER:   08-CV-1013-SHS

TO: (Name and address of Defendant)

~~Benton J. Campbell,~~ MICHAEL GARCIA, ESQ
UNITED STATE ATTORNEY
~~271 CADMAN PLAZA EAST~~ 86 CHAMBERS ST.
~~Brooklyn, NY 11201~~ NEW YORK, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD KUTNER
6 TARA PLACE
METAIRIE, LA 70002

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____   _____
CLERK                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/7/08 |
| NAME OF SERVER (PRINT) SANFORD KUTNER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/7/08
                    Date

_____
Signature of Server

6 Tara Place Metairie, LA 70002
Address of Server

---

USPS - Track & Confirm                                                Page 1 of 1

**UNITED STATES POSTAL SERVICE**                                Home | Help | Sign In

                                                                    Track & Confirm    FAQs

### Track & Confirm

Label/Receipt Number: **7007 2560 0003 2771 4812**
Status: **Delivered**

Your item was delivered at 11:09 AM on June 3, 2008 in NEW YORK, NY 10007.

Enter Label/Receipt Number.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

REVA KUTNER ET AL

**SUMMONS IN A CIVIL ACTION**

V.

MICHAEL O. LEAVITT, SEC. U.S. DEPT OF
HEALTH AND HUMAN SERVICES ET AL

CASE NUMBER:   08-CV-1013-SHS

TO: (Name and address of Defendant)

Michael Mukasey, Esq.
United State Attorney General
U.S. Department of Justice
950 Pennsylvania Ave.,   Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD KUTNER
6 TARA PLACE
METAIRIE, LA 70002

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/7/08 |
| NAME OF SERVER *(PRINT)* SANFORD KUTNER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/7/08___   ___Sanford G. Kutner___
                Date                    Signature of Server

___6 Taos Pl, Metairie, LA 70003___
Address of Server

---

USPS - Track & Confirm                                              Page 1 of 1


UNITED STATES POSTAL SERVICE                           Home | Help | Sign In

                                                    Track & Confirm    FAQs

## Track & Confirm

Search Results

Label/Receipt Number: **7007 2560 0003 2771 4782**
Detailed Results:
- **Delivered, June 04, 2008, 4:41 am, WASHINGTON, DC 20530**
- **Notice Left, June 04, 2008, 2:47 am, WASHINGTON, DC 20530**
- **Arrival at Unit, June 04, 2008, 12:50 am, WASHINGTON, DC 20022**

Track & Confirm

Enter Label/Receipt Number.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____   District of   _____

REVA KUTNER ET AL

**SUMMONS IN A CIVIL ACTION**

V.

MICHAEL O. LEAVITT, SEC. U.S. DEPT OF
HEALTH AND HUMAN SERVICES ET AL

CASE NUMBER:   08-CV-1013-SHS

TO: (Name and address of Defendant)

> MICHAEL O. LEAVITT
> SECRETARY, U.S. DEPT OF HEALTH AND HUAMAN SERVICES
> 200 Independence Avenue, S.W.
> Washington, D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> SANFORD KUTNER
> 6 TARA PLACE
> METAIRIE, LA 70002

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____   _____
CLERK                                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 6/7/08 |
| NAME OF SERVER (PRINT) SANFORD KUTNER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 7, 2008
             Date

_____
Signature of Server

6 Taug Place, Metairie, LA 7002
Address of Server

---

USPS - Track & Confirm

Page 1 of 1

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm        FAQs

**Track & Confirm**

Label/Receipt Number: **7007 2560 0003 2771 4829**
Detailed Results:

• **Delivered, June 04, 2008, 7:34 am, WASHINGTON, DC 20201**
• **Arrival at Unit, June 04, 2008, 3:05 am, WASHINGTON, DC 20022**

Enter Label/Receipt Number.

http: trkcnfrm1.smi.usps.com PTSInternetWeb InterLabelDetail.do