USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

# UNITED STATES OF AMERICA
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

REVA LUPIN KUTNER AND
SANFORD A. KUTNER

CIVIL ACTION NO: 08-cv-1013-SHS

VERSUS

MICHAEL O. LEAVITT, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT M. GATES, SECRETARY, DEPARTMENT OF DEFENSE; HUMANA MILITARY HEALTHCARE SERVICES, INC.; EAST RIVER MEDICAL IMAGING, PC; QUEST DIAGNOSTICS, INC.; EAST JEFFERSON GENERAL HOSPITAL; RADIOLOGY & INTERVENTIONAL ASSOCIATES OF METAIRIE, INC. AND CARDIOLOGY CONSULTANTS OF LOUISIANA

## STIPULATION

NOW COMES Defendant, Humana Military Healthcare Services, Inc. (hereafter referred to as "HMHS") and represents to the Court that a stipulation has been reached with the Plaintiffs, Reva Lupin Kutner and Sanford A. Kutner (hereafter referred to as the "Plaintiffs"), to the effect that HMHS has been given an extension of time in which to plead until the end of business on July 7, 2008 and as such, HMHS and Plaintiffs request that an "Order" issue from this Honorable Court, granting HMHS until July 7, 2008 in which to file responsive pleadings in this matter and for all other relief that is justifiable and equitable in the premises.

6/23/08
Defendant Humana shall have until 7/7/08 in which to respond to the complaint.
So ordered.
[signature]

Respectfully Submitted By:

[signature]

Marc J. Lifset – Bar Roll #102055
McGLINCHEY STAFFORD, PLLC
194 Washington Avenue, 6th Floor
Albany, New York 12210
Telephone:    518.432.1200
Facsimile:    518.432.8711

Attorneys For The Defendant:
Humana Military Healthcare Services, Inc.