```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REVA LUPIN KUTNER and
SANFORD A. KUTNER
   *Plaintiffs*

v.                                 Civil Action, File Number: 08-cv-1013 (SHS)

MICHAEL O. LEAVITT, SECRETARY,
U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES;
ROBERT M. GATES, SECRETARY,
DEPARTMENT OF DEFENSE;
HUMANA MILITARY HEALTHCARE
SERVICES, INC.;
EAST RIVER MEDICAL IMAGING, PC;
QUEST DIAGNOSTICS INC.;
EAST JEFFERSON GENERAL HOSPITAL;
RADIOLOGY & INTERVENTIONAL
ASSOCIATES OF METAIRIE, INC.; and
CARDIOLOGY CONSULTANTS OF LOUISIANA
   *Defendants*

### NOTICE OF DISMISSAL

1.    All defendants are hereby dismissed with prejudice..

2.    None of the defendants have filed an Answer or a Motion for Summary Judgment.

Respectfully submitted,

July 18, 2008

                                                *Sanford A. Kutner*
                                                Sanford A. Kutner (SK6525)
                                                Attorney for Plaintiff, Reva Lupin Kutner
                                                And ProSe
                                                6 Tara Place
                                                Metairie, LA 70002
                                                718-246-0433 FAX 866-613-6209
                                                civilrightslaw@aol.com

## CERTIFICATION

It is hereby certified that the defendants who are being dismissed with prejudice are being notified by facsimile and/or electronic mail.

_Sanford A. Keitner_
May 8, 2008


Dated this 18th day of ~~May~~ July, 2008

_____
UNITED STATES JUDGE